**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---x

PEDRO LIZ, on behalf of himself and all Others similarly situated,

Plaintiffs,

-against-

RAJBHOG FOODS, INC.,

Defendant.

---x

Civil Action No. 1:24-cv-6341

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDUCE**

Plaintiff Pedro Liz, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

Dated: March 20, 2025

By: Gabriel Levy

Gabriel A. Levy, Esq .
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com